*22-000494547*

CHIEF FINANCIAL OFFICER
**JIMMY PATRONIS**
STATE OF FLORIDA

EXHIBIT "2"

---

SARA VILLAMAR

PLAINTIFF(S)

VS.

LEXINGTON INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:**    **2022-024040-CA-01**
**COURT:**   **11TH JUDICIAL CIRCUIT**
**COUNTY:**  **MIAMI-DADE**
**DFS-SOP #:** 22-000494547

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Wednesday, December 28, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, December 29, 2022 to the designated agent for the named entity as shown below.

    LEXINGTON INSURANCE COMPANY
    JOANNE P KEATING
    99 HIGH ST
    BOSTON, MA 02110

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis
Chief Financial Officer

CARLOS SANTI
PROPERTY & CASUALTY LAW GROUP
2307 DOUGLAS ROAD
SUITE 302
MIAMI, FL 33145

AJ1