

### PEDRO J. GARCIA
### MIAMI-DADE PROPERTY APPRAISER

**SEARCH:** Address | Owner Name | Subdivision Name | Folio

sara villamar

## PROPERTY INFORMATION

**Folio:** 02-3227-015-0150

**Sub-Division:**
GARDEN SUB AMD

**Property Address**
3485 N MERIDIAN AVE

**Owner**
SARA VILLAMAR

**Mailing Address**
3485 N MERIDIAN AVE
MIAMI BEACH, FL 33140-3848

**PA Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| Beds / Baths / Half | 3 / 2 / 0 |
|---|---|
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 3,066 Sq.Ft |
| Living Area | 2,104 Sq.Ft |
| Adjusted Area | 2,488 Sq.Ft |
| Lot Size | 8,830.86 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



### Featured Online Tools
| | | | | | |
|---|---|---|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools | Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments | Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | | | | | |

## ASSESSMENT INFORMATION

| Year | 2022 | 2021 | 2020 |
|---|---|---|---|
| Land Value | $1,390,807 | $1,112,538 | $914,224 |
| Building Value | $291,256 | $210,149 | $210,322 |
| Extra Feature Value | $35,498 | $36,005 | $36,512 |
| Market Value | $1,717,561 | $1,358,692 | $1,161,058 |
| Assessed Value | $310,692 | $301,643 | $297,479 |

## BENEFITS INFORMATION

| Benefit | Type | 2022 | 2021 | 2020 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $1,406,869 | $1,057,049 | $863,579 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $260,692 | $251,643 | $247,479 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $285,692 | $276,643 | $272,479 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $260,692 | $251,643 | $247,479 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $260,692 | $251,643 | $247,479 |

## FULL LEGAL DESCRIPTION

GARDEN SUB AMD PL PB 31-9
LOT 11 BLK 2
LOT SIZE 55.540 X 159
OR 21000-4147 01 2003 4

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 01/01/2003 | $0 | 21000-4147 | Sales which are disqualified as a result of examination of the deed |
| 12/01/1997 | $0 | 17916-4908 | Sales which are disqualified as a result of examination of the deed |
| 02/01/1992 | $0 | 15414-3729 | Sales which are disqualified as a result of examination of the deed |
| 05/01/1988 | $143,500 | 13688-3463 | Sales which are qualified |
| 03/01/1973 | $65,000 | 00000-00000 | Sales which are qualified |
| 11/01/1971 | $45,000 | 00000-00000 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

2022   2021   2020

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | RS-R | 0100 - SINGLE FAMILY - GENERAL | Front Ft. | 55.54 | $1,390,807 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1951 | 2,694 | 2,104 | 2,364 | $274,460 |
| 1 | 2 | 1991 | 372 | 0 | 124 | $16,796 |

Current Building Sketches Available

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Wall - CBS unreinforced | 1993 | 250 | $740 |
| Whirlpool - Attached to Pool (whirlpool area only) | 1991 | 25 | $2,205 |
| Patio - Concrete Slab | 1991 | 1,008 | $2,540 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1991 | 1 | $18,900 |
| Wall - CBS unreinforced | 1990 | 355 | $907 |
| Dock - Wood Girders on Concrete Pilings | 1989 | 540 | $10,206 |

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| **Community Development District:** | NONE | **Community Redevelopment Area:** | NONE |
| **Empowerment Zone:** | NONE | **Enterprise Zone:** | NONE |
| **Urban Development:** | INSIDE URBAN DEVELOPMENT BOUNDARY | **Zoning Code:** | RS-4 - |
| | | **Existing Land Use:** | 10 - SINGLE-FAMILY, MED.-DENSITY (2-5 DU/GROSS ACRE). |
| | | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | City of Miami Beach | Environmental Considerations |
| Florida Inland Navigation District | PA Bulletin Board | Special Taxing District and Other Non-Ad valorem Assessment | School Board |
| | | | South Florida Water Mgmt District |
| Tax Collector | | | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

| EXEMPTIONS & BENEFITS | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION |
|---|---|---|---|---|---|
| Deployed Military | 40 Yr Building Re-Certification | Appealing your Assessment | Address Blocking | Property Search | Appealing your Assessment |
| Disability Exemptions | | | Change of Name | Property Sales | |
| Homestead | Appealing Your Assessment | Assessment Information Search | Change of Address | Tax Estimator | Reports |
| Institutional | Defective Drywall | Exemptions | Change of Ownership & Title | Tax Comparison | |
| Senior Citizens | Folio Numbers | Extension Requests | | Homestead Exemption and Portability | |
| | Mortgage Fraud | Filing Returns | Declaration of Condominium | | |
| More > | More > | More > | More > | More > | More > |



| Home | Privacy Statement | Disclaimer | About Us | ADA Notice | Contact Us |

© 2014 Miami-Dade County. All rights reserved.