EXHIBIT "5"

21000PG4147

This Instrument Prepared By: Hector E. Villamar, Jr., Esq.
Address: 3485 N. Meridian Ave.
Miami Beach, Fl. 33140

Folio Number: 02-3227-015-0150

03R079991 2003 FEB 06 08:13

DOCSTPDEE    0.60  SURTX    0.00
HARVEY RUVIN, CLERK DADE COUNTY, FL

___PROCESSING DATA___ | ___RECORDING DATA___

## QUIT-CLAIM DEED

**EXECUTED** this _16_ day of _January_, 2003, by Hector E Villamar, Jr., a single man, 3485 N. Meridian Ave., Miami Beach, Fla., first party, to

Hector E. Villamar, and Sara Villamar, his wife, 3485 N. Meridian Ave., Miami Beach, Fla., second party,

(Wherever used herein the terms "first party" and "second party" include singular and plural.)

**WITNESS**, that the said first party, for and in consideration of the sum of Ten Dollars, or other valuable consideration, received from or on behalf of second party, the receipt whereof is hereby acknowledged by first party, does hereby remise, release and quit-claim unto second party forever, all right, title, interest, claim and demand which the said first party has in and to the following described lot piece or parcel of land, situate, lying and being in Dade County, Florida, to wit;

Lot 11, Block 2, of GARDEN SUBDIVISION, according to the Plat thereof, recorded in Plat Book 31, Page 9, of the Public Records of Dade County, Florida.

There is no consideration except for love and affection.

**TO HAVE AND TO HOLD** the same together with all and singular, the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or in equity to the only proper use and benefit of the said second party forever.

**IN WITNESS WHEREOF**, the said first party has signed and sealed these presents the day and year first above written.

Signed, Sealed and Delivered in presence of: | Signed, Sealed and Delivered in presence of:

Print Name: Arayansi Cabezas | Print Name: Osvaldo Chacco

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

GRANTOR → Hector E. Villamar, Jr.

STATE OF FLORIDA  )
                  )ss
COUNTY OF DADE    )

BEFORE ME, personally appeared Hector E. Villamar, Jr., to be known to be the same person described in and who executed the foregoing, and who produced identification and he acknowledged to me that he executed the same and swears that all statements contained therein are true and correct.
SWORN TO AND SUBSCRIBED before me, this _16_ day of _Jan_ 2003.

Ivonne Rosa Blary
MY COMMISSION # CC865240 EXPIRES
September 7, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Notary Public, State of Florida