**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

Insured: Sara Villamar
Property: 3485 North Meridian Ave.
Miami Beach, FL 33140

Claim Number:        Policy Number:          Type of Loss: Wind Damage

Date of Loss:                Date Received:
Date Inspected:              Date Entered:

Price List:   FLMI8X_OCT21
              Restoration/Service/Remodel
Estimate:     2021-10-29-002246



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

\*\* Estimate Disclosure & Disclaimer\*\*
The insured(s) understand and agree that no promises have been expressly made or implied by Gustavo Santos Jr, any
representative with or on behalf of Santos Public Adjusters, its employees or vendors, regarding the outcome of this claim.

The work outlined in the following pages should be performed and are subject to and in accordance with any and all applicable standards
set forth by Federal, State, County, City, and Municipal building codes.

Insured(s) and any person(s) or Insurance Company that receives a copy of this estimate, on behalf of the Insured(s), understand and
agree that this is an estimate for insurance repairs. As such all estimate(s) prepared and furnished by Gustavo Santos Jr., any
representative with or on behalf of Santos Public Adjusters, its employees or vendors, do not guarantee or warrant that the amounts
being claimed will be in fact recovered as it is the responsible insurance carrier and not Gustavo Santos Jr., any representative with
or on behalf of Santos Public Adjusters, its employees or vendors who make the decision as to what is covered or not under the insurance
policy.

The Insured(s) agrees and understands that the scope of damages noted herein is based on a visual inspection only. Any and
all hidden damages will be addressed when they are discovered and brought to the attention of the preprare of this estimate.
Any errors and/or omissions discovered in this estimate are not to be construed as misrepresentations of facts or fraudulent statements
on the part of Gustavo Santos Jr, any representative with or on behalf of Santos Public Adjusters, its employees or vendors, or the
Insured(s). These errors/omissions/ mistakes are to be brought to the attention of the estimator/preparer/presenter at which time
The document will be reviewed and any necessary changes, corrections, revisions, will be completed as soon as possible.

The insured(s) reserves all rights and/or defenses afforded to them by their insurance policy and/or law and submittal of this
estimate does not constitute a waiver of any rights and/or defenses afforded.

"This estimate is subject to addendum should new information become available"

THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.

Pursuant to s.817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured,
prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a
claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete,
or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable
as provided in s.775.082, s.775.803, or s.775.084, Florida Statutes.



### Santos Public Adjusters

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

2021-10-29-002246
Main Level



| Bedroom 1 | | Height: 8' 4" |
|---|---|---|
| 450.00 SF Walls | | 181.81 SF Ceiling |
| 631.81 SF Walls & Ceiling | | 181.81 SF Floor |
| 20.20 SY Flooring | | 54.00 LF Floor Perimeter |
| 54.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 74.09 | 0.00 | 14.82 | 88.91 |
| 2. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 36.17 | 0.00 | 7.24 | 43.41 |
| 3. Window drapery - hardware - Detach & reset | 1.00 EA | 0.00 | 36.17 | 0.00 | 7.24 | 43.41 |
| 4. Window drapery - remove and rehang - per hour | 1.00 HR | 0.00 | 60.73 | 0.00 | 12.14 | 72.87 |
| 5. Light fixture - Detach & reset | 1.00 EA | 0.00 | 43.07 | 0.00 | 8.62 | 51.69 |
| 6. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.16 | 1.12 | 1.68 | 14.92 | 89.56 |
| 7. R&R Two coat plaster over 5/8" gypsum core blueboard | 32.00 SF | 1.30 | 9.63 | 4.08 | 70.78 | 424.62 |
| 8. R&R Two coat plaster over 1/2" gypsum core blueboard | 32.00 SF | 1.30 | 9.44 | 4.01 | 69.54 | 417.23 |
| 9. Mask and prep for paint - plastic, paper, tape (per LF) | 54.00 LF | 0.00 | 1.33 | 0.98 | 14.56 | 87.36 |
| 10. Floor protection - self-adhesive plastic film | 181.81 SF | 0.00 | 0.62 | 1.78 | 22.90 | 137.40 |
| 11. Thin coat plaster (no lath) | 631.81 SF | 0.00 | 4.89 | 19.46 | 621.82 | 3,730.83 |
| 12. Seal the walls and ceiling w/PVA primer - one coat | 631.81 SF | 0.00 | 0.56 | 2.65 | 71.30 | 427.76 |
| 13. Paint the walls and ceiling - two coats | 631.81 SF | 0.00 | 0.97 | 11.94 | 124.96 | 749.76 |
| 14. Final cleaning - construction - Residential | 181.81 SF | 0.00 | 0.25 | 0.00 | 9.10 | 54.55 |
| Totals: Bedroom 1 | | | | 46.58 | 1,069.94 | 6,419.36 |

VILLAMAR(7980)_C_003995



### Santos Public Adjusters

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818



| Master Bedroom | | | | | | Height: 8' 4" |
|---|---|---|---|---|---|---|
| | 500.00 SF Walls | | | | 222.99 SF Ceiling | |
| | 722.99 SF Walls & Ceiling | | | | 222.99 SF Floor | |
| | 24.78 SY Flooring | | | | 60.00 LF Floor Perimeter | |
| | 60.00 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 74.09 | 0.00 | 14.82 | 88.91 |
| 16. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 0.00 | 36.17 | 0.00 | 14.46 | 86.80 |
| 17. Window drapery - hardware - Detach & reset | 2.00 EA | 0.00 | 36.17 | 0.00 | 14.46 | 86.80 |
| 18. Window drapery - remove and rehang - per hour | 2.00 HR | 0.00 | 60.73 | 0.00 | 24.30 | 145.76 |
| 19. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 0.00 | 14.88 | 0.00 | 5.96 | 35.72 |
| 20. Light fixture - Detach & reset | 1.00 EA | 0.00 | 43.07 | 0.00 | 8.62 | 51.69 |
| 21. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 48.95 | 0.00 | 9.80 | 58.75 |
| 22. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.16 | 1.12 | 1.68 | 14.92 | 89.56 |
| 23. R&R Two coat plaster over 5/8" gypsum core blueboard | 32.00 SF | 1.30 | 9.63 | 4.08 | 70.78 | 424.62 |
| 24. R&R Two coat plaster over 1/2" gypsum core blueboard | 32.00 SF | 1.30 | 9.44 | 4.01 | 69.54 | 417.23 |
| 25. Mask and prep for paint - plastic, paper, tape (per LF) | 60.00 LF | 0.00 | 1.33 | 1.09 | 16.18 | 97.07 |
| 26. Floor protection - self-adhesive plastic film | 222.99 SF | 0.00 | 0.62 | 2.19 | 28.10 | 168.54 |
| 27. Thin coat plaster (no lath) | 722.99 SF | 0.00 | 4.89 | 22.27 | 711.54 | 4,269.23 |
| 28. Seal the walls and ceiling w/PVA primer - one coat | 722.99 SF | 0.00 | 0.56 | 3.04 | 81.58 | 489.49 |
| 29. Paint the walls and ceiling - two coats | 722.99 SF | 0.00 | 0.97 | 13.66 | 143.00 | 857.96 |
| 30. Final cleaning - construction - Residential | 222.99 SF | 0.00 | 0.25 | 0.00 | 11.16 | 66.91 |
| Totals: Master Bedroom | | | | 52.02 | 1,239.22 | 7,435.04 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818



| Hallway | | | | | | Height: 8' 4" |
|---|---|---|---|---|---|---|
| 251.61 SF Walls | | | | 41.75 SF Ceiling | | |
| 293.36 SF Walls & Ceiling | | | | 41.75 SF Floor | | |
| 4.64 SY Flooring | | | | 29.50 LF Floor Perimeter | | |
| 33.83 LF Ceil. Perimeter | | | | | | |

Missing Wall - Goes to Floor      4' 4" X 7'     Opens into OPEN_AREA

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 31. Contents - move out then reset - Small room | 1.00 EA | 0.00 | 37.08 | 0.00 | 7.42 | 44.50 |
| 32. Thermostat - Detach & reset | 1.00 EA | 0.00 | 49.72 | 0.00 | 9.94 | 59.66 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 33.83 LF | 0.00 | 1.33 | 0.62 | 9.12 | 54.73 |
| 34. Floor protection - self-adhesive plastic film | 41.75 SF | 0.00 | 0.62 | 0.41 | 5.26 | 31.56 |
| 35. Thin coat plaster (no lath) | 293.36 SF | 0.00 | 4.89 | 9.04 | 288.70 | 1,732.27 |
| 36. Seal the walls and ceiling w/PVA primer - one coat | 293.36 SF | 0.00 | 0.56 | 1.23 | 33.10 | 198.61 |
| 37. Paint the walls and ceiling - two coats | 293.36 SF | 0.00 | 0.97 | 5.54 | 58.02 | 348.12 |
| 38. Final cleaning - construction - Residential | 41.75 SF | 0.00 | 0.25 | 0.00 | 2.08 | 12.52 |
| Totals: Hallway | | | | 16.84 | 413.64 | 2,481.97 |



| Open Area | | | | | | Height: 8' 4" |
|---|---|---|---|---|---|---|
| 1,237.80 SF Walls | | | | 892.00 SF Ceiling | | |
| 2,129.80 SF Walls & Ceiling | | | | 892.00 SF Floor | | |
| 99.11 SY Flooring | | | | 147.84 LF Floor Perimeter | | |
| 152.18 LF Ceil. Perimeter | | | | | | |

Missing Wall - Goes to Floor      4' 4" X 7'     Opens into HALLWAY

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 39. Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 148.16 | 0.00 | 29.64 | 177.80 |
| 40. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 48.95 | 0.00 | 9.80 | 58.75 |
| 41. Recessed light fixture - Detach & reset entire unit | 13.00 EA | 0.00 | 90.29 | 0.00 | 234.76 | 1,408.53 |
| 42. Light fixture - Detach & reset | 3.00 EA | 0.00 | 43.07 | 0.00 | 25.84 | 155.05 |



### Santos Public Adjusters

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

#### CONTINUED - Open Area

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 43. Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 153.36 | 0.00 | 30.68 | 184.04 |
| 44. Window drapery - hardware - Detach & reset | 2.00 EA | 0.00 | 36.17 | 0.00 | 14.46 | 86.80 |
| 45. Window drapery - remove and rehang - per hour | 2.00 HR | 0.00 | 60.73 | 0.00 | 24.30 | 145.76 |
| 46. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 36.17 | 0.00 | 7.24 | 43.41 |
| 47. Remove Security system - key pad | 1.00 EA | 3.35 | 0.00 | 0.00 | 0.68 | 4.03 |
| 48. Install Security system - key pad | 1.00 EA | 0.00 | 87.15 | 0.00 | 17.44 | 104.59 |
| 49. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.16 | 1.12 | 1.68 | 14.92 | 89.56 |
| 50. R&R Two coat plaster over 5/8" gypsum core blueboard | 32.00 SF | 1.30 | 9.63 | 4.08 | 70.78 | 424.62 |
| 51. R&R Two coat plaster over 1/2" gypsum core blueboard | 32.00 SF | 1.30 | 9.44 | 4.01 | 69.54 | 417.23 |
| 52. Mask and prep for paint - plastic, paper, tape (per LF) | 152.18 LF | 0.00 | 1.33 | 2.77 | 41.04 | 246.21 |
| 53. Floor protection - self-adhesive plastic film | 892.00 SF | 0.00 | 0.62 | 8.74 | 112.34 | 674.12 |
| 54. Thin coat plaster (no lath) | 2,129.80 SF | 0.00 | 4.89 | 65.60 | 2,096.06 | 12,576.38 |
| 55. Seal the walls and ceiling w/PVA primer - one coat | 2,129.80 SF | 0.00 | 0.56 | 8.95 | 240.34 | 1,441.98 |
| 56. Paint the walls and ceiling - two coats | 2,129.80 SF | 0.00 | 0.97 | 40.25 | 421.24 | 2,527.40 |
| 57. Final cleaning - construction - Residential | 892.00 SF | 0.00 | 0.25 | 0.00 | 44.60 | 267.60 |
| Totals: Open Area | | | | 136.08 | 3,505.70 | 21,033.86 |



**Coat Closet**     Height: 8' 4"

120.83 SF Walls     11.25 SF Ceiling
132.08 SF Walls & Ceiling     11.25 SF Floor
1.25 SY Flooring     14.50 LF Floor Perimeter
14.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 58. Contents - move out then reset | 1.00 EA | 0.00 | 49.39 | 0.00 | 9.88 | 59.27 |
| 59. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 0.00 | 17.50 | 0.00 | 3.50 | 21.00 |
| 60. Shelving - Detach & reset | 15.00 LF | 0.00 | 8.23 | 0.03 | 24.70 | 148.18 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Coat Closet

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 61. R&R Blown-in insulation - 12" depth - R30 | 11.25 SF | 1.16 | 1.12 | 0.59 | 5.26 | 31.50 |
| 62. R&R Two coat plaster over 5/8" gypsum core blueboard | 11.25 SF | 1.30 | 9.63 | 1.43 | 24.86 | 149.26 |
| 63. R&R Two coat plaster over 1/2" gypsum core blueboard | 32.00 SF | 1.30 | 9.44 | 4.01 | 69.54 | 417.23 |
| 64. Mask and prep for paint - plastic, paper, tape (per LF) | 14.50 LF | 0.00 | 1.33 | 0.26 | 3.92 | 23.47 |
| 65. Floor protection - self-adhesive plastic film | 11.25 SF | 0.00 | 0.62 | 0.11 | 1.42 | 8.51 |
| 66. Thin coat plaster (no lath) | 132.08 SF | 0.00 | 4.89 | 4.07 | 130.00 | 779.94 |
| 67. Seal the walls and ceiling w/PVA primer - one coat | 132.08 SF | 0.00 | 0.56 | 0.55 | 14.92 | 89.43 |
| 68. Paint the walls and ceiling - two coats | 132.08 SF | 0.00 | 0.97 | 2.50 | 26.12 | 156.74 |
| 69. Final cleaning - construction - Residential | 11.25 SF | 0.00 | 0.25 | 0.00 | 0.56 | 3.37 |
| Totals: Coat Closet | | | | 13.55 | 314.68 | 1,887.90 |



**Laundry Room**      Height: 8' 4"

350.00 SF Walls      104.81 SF Ceiling
454.81 SF Walls & Ceiling      104.81 SF Floor
11.65 SY Flooring      42.00 LF Floor Perimeter
42.00 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 70. Contents - move out then reset | 1.00 EA | 0.00 | 49.39 | 0.00 | 9.88 | 59.27 |
| 71. Light fixture - Detach & reset | 1.00 EA | 0.00 | 43.07 | 0.00 | 8.62 | 51.69 |
| 72. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 14.88 | 0.00 | 2.98 | 17.86 |
| 73. Refrigerator - Remove & reset | 1.00 EA | 0.00 | 36.10 | 0.00 | 7.22 | 43.32 |
| 74. Washer/Washing machine - Remove & reset | 1.00 EA | 0.00 | 35.13 | 0.00 | 7.02 | 42.15 |
| 75. Dryer - Remove & reset | 1.00 EA | 0.00 | 27.08 | 0.00 | 5.42 | 32.50 |
| 76. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.16 | 1.12 | 1.68 | 14.92 | 89.56 |
| 77. R&R Two coat plaster over 5/8" gypsum core blueboard | 32.00 SF | 1.30 | 9.63 | 4.08 | 70.78 | 424.62 |
| 78. R&R Two coat plaster over 1/2" gypsum core blueboard | 32.00 SF | 1.30 | 9.44 | 4.01 | 69.54 | 417.23 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 79. Mask and prep for paint - plastic, paper, tape (per LF) | 42.00 LF | 0.00 | 1.33 | 0.76 | 11.34 | 67.96 |
| 80. Floor protection - self-adhesive plastic film | 104.81 SF | 0.00 | 0.62 | 1.03 | 13.20 | 79.21 |
| 81. Thin coat plaster (no lath) | 454.81 SF | 0.00 | 4.89 | 14.01 | 447.60 | 2,685.63 |
| 82. Seal the walls and ceiling w/PVA primer - one coat | 454.81 SF | 0.00 | 0.56 | 1.91 | 51.32 | 307.92 |
| 83. Paint the walls and ceiling - two coats | 454.81 SF | 0.00 | 0.97 | 8.60 | 89.96 | 539.73 |
| 84. Final cleaning - construction - Residential | 104.81 SF | 0.00 | 0.25 | 0.00 | 5.24 | 31.44 |
| Totals: Laundry Room | | | | 36.08 | 815.04 | 4,890.09 |
| Total: Main Level | | | | 301.15 | 7,358.22 | 44,148.22 |

### Roof



**Tile**

2,948.97 Surface Area  
325.02 Total Perimeter Length  
168.44 Total Hip Length  

29.49 Number of Squares  
9.00 Total Ridge Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

NOTE: The pricing in this estimate for the removal and replacement of the roof (RFG) has been broken down into two separate categories; the first line item for the removal and the second line item for the replacement.

The purpose of this is to correct an error within the Xactimate system. When utilizing a combined line item for the removal and replacement of the roof, the Xactimate system currently uses an erroneous labor category for the removal of the roof. The Xactimate default labor category for roof removal is a general demolition laborer instead of a finish licensed roofer. The hourly unit pricing for a general demolition laborer is significantly lower than that of the hourly unit pricing for a licensed roofer laborer.

Accordingly, our correction of this Xactimate error properly indemnifies the Insured for their loss. To be clear, no change in the Xactimate database pricing was made; rather, the proper labor category was selected to create a more accurate estimate.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 85. Remove Tile roofing - Concrete - "S" or flat tile | 29.49 SQ | 781.35 | 0.00 | 0.00 | 4,608.40 | 27,650.41 |
| 86. Tile roofing - Concrete - "S" or flat tile | 35.39 SQ | 0.00 | 891.75 | 471.38 | 6,406.08 | 38,436.49 |
| 87. Bird stop - Eave closure strip for tile roofing - clay | 306.79 LF | 0.00 | 6.49 | 50.04 | 408.22 | 2,449.33 |
| 88. R&R Ridge / Hip / Rake cap - tile roofing | 9.00 LF | 6.25 | 15.92 | 4.38 | 40.80 | 244.71 |
| 89. Re-nailing of roof sheathing - complete re-nail | 2,948.97 SF | 0.00 | 0.41 | 2.06 | 242.24 | 1,453.38 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Tile

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 90. Roofing felt - 30 lb. | 29.49 SQ | 0.00 | 61.94 | 35.82 | 372.48 | 2,234.91 |
| 91. Remove Roll roofing - hot mop application | 29.49 SQ | 83.52 | 0.00 | 0.00 | 492.60 | 2,955.60 |
| 92. Roll roofing - hot mop application | 29.49 SQ | 0.00 | 242.10 | 156.10 | 1,459.12 | 8,754.75 |
| 93. R&R Valley metal | 114.76 LF | 0.69 | 8.28 | 16.31 | 209.14 | 1,254.84 |
| 94. R&R Drip edge/gutter apron | 325.02 LF | 0.39 | 4.04 | 27.98 | 293.58 | 1,761.40 |
| 95. R&R Flashing - pipe jack - lead | 3.00 EA | 8.37 | 102.40 | 9.73 | 68.40 | 410.44 |
| 96. R&R Flat roof exhaust vent / cap - gooseneck 8" | 3.00 EA | 10.69 | 116.76 | 5.67 | 77.62 | 465.64 |
| 97. R&R Sheathing - plywood - 5/8" - treated | 589.79 SF | 0.68 | 4.49 | 82.57 | 626.38 | 3,758.17 |
| Totals: Tile | | | | 862.04 | 15,305.06 | 91,830.07 |



### Flat

775.83 Surface Area
81.42 Total Perimeter Length
7.76 Number of Squares

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 98. R&R Sheathing - plywood - 5/8" - treated | 775.83 SF | 0.68 | 4.49 | 108.62 | 823.94 | 4,943.60 |
| 99. R&R Drip edge/gutter apron | 81.42 LF | 0.39 | 4.04 | 7.01 | 73.54 | 441.24 |
| 100. Roofing felt - 30 lb. | 7.76 SQ | 0.00 | 61.94 | 9.42 | 98.02 | 588.09 |
| 101. R&R Modified bitumen roof - hot mopped | 7.76 SQ | 61.26 | 562.64 | 72.84 | 982.86 | 5,897.17 |
| Totals: Flat | | | | 197.89 | 1,978.36 | 11,870.10 |
| Total: Roof | | | | 1,059.93 | 17,283.42 | 103,700.17 |

### Pack - in & Pack - Out

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 102. Contents Evaluation and/or Supervisor/Admin - per hour | 8.00 HR | 0.00 | 59.09 | 0.00 | 94.54 | 567.26 |

This Item including necessary supervisor and inspection of safely unpack personal property on move back day

2021-10-29-002246                                                                                                        12/22/2021          Page: 10



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Pack - in & Pack - Out

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 103. Inventory, Packing, Boxing, and Moving charge - per hour | 18.00 HR | 0.00 | 33.65 | 0.00 | 121.14 | 726.84 |
| The above line item is for 3 technicians for 6 hours each to safely unpack personal property and place in location & Assemble as necessary | | | | | | |
| 104. Inventory, Packing, Boxing, and Moving charge - per hour | 14.00 HR | 0.00 | 33.65 | 0.00 | 94.22 | 565.32 |
| The above line item is for 2 technicians for 7 hours to Move content safely from our location and into house Unpacking | | | | | | |
| 105. Off-site storage & insur. - climate controlled - per month | 500.00 SF | 0.00 | 1.85 | 64.75 | 197.96 | 1,187.71 |
| Storage space for 1 month Move Back | | | | | | |
| 106. Contents Evaluation and/or Supervisor/Admin - per hour | 8.00 HR | 0.00 | 59.09 | 0.00 | 94.54 | 567.26 |
| This Item including necessary supervisor for move out Storage | | | | | | |
| 107. Inventory, Packing, Boxing, and Moving charge - per hour | 18.00 HR | 0.00 | 33.65 | 0.00 | 121.14 | 726.84 |
| The above line item is for 3 technicians for 6 hours to Dismantle, Load, and transport personal property to storage facility. | | | | | | |
| 108. Moving van (21'-27') and equipment - per day | 2.00 EA | 0.00 | 180.00 | 0.00 | 72.00 | 432.00 |
| Moving from location and back Move Out | | | | | | |
| 109. Contents Evaluation and/or Supervisor/Admin - per hour | 10.00 HR | 0.00 | 59.09 | 0.00 | 118.18 | 709.08 |
| This Item including necessary supervisor for pack up. | | | | | | |
| 110. Inventory, Packing, Boxing, and Moving charge - per hour | 25.00 HR | 0.00 | 33.65 | 0.00 | 168.26 | 1,009.51 |
| The above line item is for 2 technicians for 12.5 hours each necessary to identify, inventory, and safely pack personal property. | | | | | | |
| 111. Provide furniture heavyweight blanket/pad | 40.00 EA | 0.00 | 16.98 | 47.54 | 145.34 | 872.08 |
| Packing | | | | | | |
| 112. Bubble Wrap - Add-on cost for fragile items | 350.00 LF | 0.00 | 0.23 | 5.64 | 17.22 | 103.36 |
| 113. Provide stretch film/wrap | 2.00 RL | 0.00 | 26.94 | 3.77 | 11.54 | 69.19 |
| 114. Provide box & tape - medium size | 50.00 EA | 0.00 | 3.00 | 3.60 | 30.00 | 183.60 |
| The following item for medium boxes necessary for pack out of personal property | | | | | | |
| Totals: Pack - in & Pack - Out | | | | 125.30 | 1,286.08 | 7,720.05 |

### Permits & Additionals

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

2021-10-29-002246                                                                                                     12/22/2021            Page: 11



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Permits & Additionals

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 115. General clean - up | 10.00 HR | 0.00 | 39.22 | 0.01 | 78.44 | 470.65 |
| 116. General Laborer - per hour | 40.00 HR | 0.00 | 33.65 | 0.00 | 269.20 | 1,615.20 |
| 117. Temporary toilet - Minimum rental charge | 1.00 EA | 0.00 | 110.00 | 0.00 | 22.00 | 132.00 |
| 118. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 7,504.56 | 0.00 | 0.00 | 7,504.56 |

Permitting fees are calculated at 3% of the overall estimate cost. This is a preliminary calculation as Permitting fees will be much higher due to the nature of the repairs.

| Totals: Permits & Additionals | | | | 0.01 | 369.64 | 9,722.41 |
|---|---|---|---|---|---|---|

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 119. Residential Supervision / Project Management - per hour | 40.00 HR | 0.00 | 65.00 | 0.00 | 520.00 | 3,120.00 |

Coordinate the work of subcontractors and perform other project management duties. A Superintendent/Project Manager may complete tasks such as, but not limited to, coordinate materials, colors, etc. with owner, create/maintain project schedules, coordinate/meet trades, order materials, inspect job sites, meet with inspectors, etc. Not included in O&P as qualified by Xactimate.

| 120. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 836.00 | 0.00 | 0.00 | 167.20 | 1,003.20 |
| 121. Negative air fan/Air scrubber (24 hr period) - No monit. | 6.00 DA | 0.00 | 70.00 | 0.00 | 84.00 | 504.00 |
| 122. Add for HEPA filter (for negative air exhaust fan) | 1.00 EA | 0.00 | 187.46 | 12.25 | 39.96 | 239.67 |
| 123. R&R Ductwork system - hot or cold air - up to 900 SF home | 1.00 EA | 446.07 | 2,948.97 | 79.85 | 695.00 | 4,169.89 |

| Totals: General | | | | 92.10 | 1,506.16 | 9,036.76 |
|---|---|---|---|---|---|---|

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 124. Water extract/remediation labor minimum | 1.00 EA | 0.00 | 127.74 | 0.00 | 25.54 | 153.28 |
| 125. Finish hardware labor minimum | 1.00 EA | 0.00 | 53.93 | 0.00 | 10.78 | 64.71 |
| 126. Finish carpentry labor minimum | 1.00 EA | 0.00 | 43.98 | 0.00 | 8.80 | 52.78 |

| Totals: Labor Minimums Applied | | | | 0.00 | 45.12 | 270.77 |
|---|---|---|---|---|---|---|

| Line Item Totals: 2021-10-29-002246 | | | | 1,578.49 | 27,848.64 | 174,598.38 |
|---|---|---|---|---|---|---|

VILLAMAR(7980)_C_004003



### Santos Public Adjusters

3057 NW 82nd Ave #3057  
Doral, FL. 33122  
Office: (305)-696-7818

## Grand Total Areas:

| | | |
|---|---|---|
| 4,632.36 SF Walls | 1,906.12 SF Ceiling | 6,538.47 SF Walls and Ceiling |
| 1,906.12 SF Floor | 211.79 SY Flooring | 552.34 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 573.01 LF Ceil. Perimeter |
| | | |
| 1,906.12 Floor Area | 2,034.90 Total Area | 4,685.21 Interior Wall Area |
| 1,873.85 Exterior Wall Area | 190.83 Exterior Perimeter of Walls | |
| | | |
| 3,724.80 Surface Area | 37.25 Number of Squares | 406.44 Total Perimeter Length |
| 9.00 Total Ridge Length | 168.44 Total Hip Length | |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 145,171.25 |
| Material Sales Tax | 1,510.14 |
| Storage Rental Tax | 64.75 |
| Subtotal | 146,746.14 |
| Overhead | 13,924.32 |
| Profit | 13,924.32 |
| Laundering Tax | 3.60 |
| Replacement Cost Value | $174,598.38 |
| Net Claim | $174,598.38 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| Line Items | 13,924.32 | 13,924.32 | 1,510.14 | 3.60 | 0.00 | 64.75 |
| Total | 13,924.32 | 13,924.32 | 1,510.14 | 3.60 | 0.00 | 64.75 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057  
Doral, FL. 33122  
Office: (305)-696-7818

## Recap by Room

Estimate: 2021-10-29-002246

| | | |
|---|---:|---:|
| **Area: Main Level** | | |
| Bedroom 1 | 5,302.84 | 3.65% |
| Master Bedroom | 6,143.80 | 4.23% |
| Hallway | 2,051.49 | 1.41% |
| Open Area | 17,392.08 | 11.98% |
| Coat Closet | 1,559.67 | 1.07% |
| Laundry Room | 4,038.97 | 2.78% |
| Area Subtotal: Main Level | 36,488.85 | 25.14% |
| **Area: Roof** | | |
| Tile | 75,662.97 | 52.12% |
| Flat | 9,693.85 | 6.68% |
| Area Subtotal: Roof | 85,356.82 | 58.80% |
| Pack - in & Pack - Out | 6,308.67 | 4.35% |
| Permits & Additionals | 9,352.76 | 6.44% |
| General | 7,438.50 | 5.12% |
| Labor Minimums Applied | 225.65 | 0.16% |
| Subtotal of Areas | 145,171.25 | 100.00% |
| Total | 145,171.25 | 100.00% |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| APPLIANCES | 98.31 | 0.06% |
| CONT: GARMENT & SOFT GOODS CLN | 150.00 | 0.09% |
| CLEANING | 755.85 | 0.43% |
| CONTENT MANIPULATION | 432.20 | 0.25% |
| CONT: PACKING,HANDLNG,STORAGE | 6,158.67 | 3.53% |
| GENERAL DEMOLITION | 29,096.11 | 16.66% |
| DOORS | 17.50 | 0.01% |
| ELECTRICAL | 87.15 | 0.05% |
| FINISH CARPENTRY / TRIMWORK | 167.43 | 0.10% |
| FINISH HARDWARE | 151.83 | 0.09% |
| HEAT, VENT & AIR CONDITIONING | 3,043.33 | 1.74% |
| INSULATION | 155.96 | 0.09% |
| LABOR ONLY | 3,946.00 | 2.26% |
| LIGHT FIXTURES | 1,585.55 | 0.91% |
| INTERIOR LATH & PLASTER | 24,195.49 | 13.86% |
| PAINTING | 8,054.24 | 4.61% |
| ROOFING | 58,096.69 | 33.27% |
| TEMPORARY REPAIRS | 110.00 | 0.06% |
| WINDOW TREATMENT | 629.18 | 0.36% |
| WATER EXTRACTION & REMEDIATION | 735.20 | 0.42% |
| O&P Items Subtotal | 137,666.69 | 78.85% |

| Non-O&P Items | Total | % |
|---|---:|---:|
| PERMITS AND FEES | 7,504.56 | 4.30% |
| Non-O&P Items Subtotal | 7,504.56 | 4.30% |
| O&P Items Subtotal | 137,666.69 | 78.85% |
| Material Sales Tax | 1,510.14 | 0.86% |
| Storage Rental Tax | 64.75 | 0.04% |
| Overhead | 13,924.32 | 7.98% |
| Profit | 13,924.32 | 7.98% |
| Laundering Tax | 3.60 | 0.00% |
| Total | 174,598.38 | 100.00% |

Main Level



Main Level

2021-10-29-002246

12/22/2021   Page: 18

VILLAMAR(7980)_C_004009

Roof



N ⇧

Roof

2021-10-29-002246  12/22/2021  Page: 19

VILLAMAR(7980)_C_004010