UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SARA VILLAMAR,

    Plaintiff,                                       CASE NO.: 1:23-cv-20325-DPG

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF APPEARANCE OF LEAD COUNSEL
PURSUANT TO LOCAL RULE 11.1(d) AND E-MAIL
DESIGNATION FOR SERVICE OF PLEADINGS AND PAPERS**

Irene Thaler, Esquire of Clausen Miller P.C., as counsel for Defendant, LEXINGTON INSURANCE COMPANY, pursuant to Local Rule 11.1(d), hereby files this Notice of Appearance of Lead Counsel and notifies the Court and counsel of its designation of the following additional email address for service of all pleadings and papers in this action:

| | |
|---|---|
| Primary address: | ithaler@clausen.com |
| Secondary addresses: | rgomez@clausen.com |
| | ylyles@clausen.com |

Dated this 27th day of January, 2023.

                                Respectfully submitted,
                                **CLAUSEN MILLER P.C.**

    By:    */s/ Irene Thaler*
                IRENE THALER, ESQ., FBN: 88288
                4830 West Kennedy Blvd., Suite 600
                Tampa, Florida 33609
                Phone: (813) 519-1027
                ithaler@clausen.com
                rgomez@clausen.com
                ylyles@clausen.com
                *Counsel for Defendant*

8825138.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 27th day of January, 2023.  I also certify that the foregoing document is being served this day on all counsel of record:

Carlos Santi, Esq.
Property & Casualty Law Group
csanti@pclawgroup.com

                                      **CLAUSEN MILLER P.C.**

                                      */s/ Irene Thaler*
                                      IRENE THALER, ESQ.,
                                      FBN: 88288

8825138.1