**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

SARA VILLAMAR,

      Plaintiff,                                         CASE NO.: 1:23-cv-20325-DPG

v.

LEXINGTON INSURANCE COMPANY,

      Defendant.
_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

      In accordance with Local Rule 1.04(c), I certify that the instant action:

   **X**      IS related to the pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Sara Villamar v. Lexington Insurance Company*, removed to the United States District Court of the Southern District of Florida, Miami Division, Case No.: 1:22-cv-23181-KWM; Defendant's Motion to Dismiss granted on November 22, 2022.

   ____      IS NOT related to any pending or closed civil or criminal case filed with this Court, or any Federal or State Court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

      Dated: January 27, 2023.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 27th day of January, 2023. I also certify that the foregoing document is being served this day on all counsel of record:

      Carlos Santi, Esq.
      Property & Casualty Law Group
      csanti@pclawgroup.com

                                  Respectfully submitted,
                                  **CLAUSEN MILLER P.C.**

By:    */s/ Irene Thaler*
        IRENE THALER, ESQ., FBN: 88288
        4830 West Kennedy Blvd., Suite 600
        Tampa, Florida 33609
        Phone: (813) 519-1027
        ithaler@clausen.com
        rgomez@clausen.com
        ylyles@clausen.com
        *Counsel for Defendant*