**QUALIFICATION OF UMPIRE**

| | | |
|---|---|---|
| Insurer | : | Lexington Ins. Co. |
| Claim # | : | 683-677980 |
| Name of Insured | : | Villamar, S |
| ADR File # | : | 6607232 |
| Type of Loss | : | Roof leak Damage |
| Date of Loss | : | 04/11/2021 |

State of:    Florida
County of:   Miami Dade

I the undersigned, hereby accept the appointment as umpire for the above referenced claim and do solemnly swear that I will act with strict impartiality in all matters of difference that are submitted to me in connection with this appointment. I am not related to the insured, either as a creditor or otherwise, and I am not interested in said property or the insurance thereon.

Umpire: _____

**AWARDS**

We the undersigned, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties that were assigned to us; and have appraised and determined; and do hereby award the following sum as the actual cash value and/or amount of the loss for the above captioned claim less any prior payments, on this ____17th____ day of ____January____, 2023

To Wit:
Amount of the Loss:

|  | RCV | ACV |
|---|---|---|
| Dwelling: | $39,958.75 | $38,954.18 |
| APS: | $0.00 | $0.00 |
| UPP: | $0.00 | $0.00 |
| ALE: | $Not Appraised | $Not Appraised |
| EMS: | $Not Appraised | $Not Appraised |

**This award is made without any consideration of any deductible amount, prior payments issued to the insured or any other terms, conditions, provisions or exclusions of the above policy. No other coverage lines were appraised.**

Appraiser for the Company: _____  B. Pulaski.  1/31/2023

Appraiser for the Insured: _____  S. Leal.

Umpire: _____  R. Clark.  2/17/23

# Ruthy Gomez

| | |
|---|---|
| **From:** | Dearmassoto, Carlos R <Carlos.Dearmassoto@aig.com> |
| **Sent:** | Thursday, February 23, 2023 3:19 PM |
| **To:** | Gustavo Santos |
| **Cc:** | hector hevlaw.com |
| **Subject:** | 683 677980 |
| **Attachments:** | Award.pdf |

**External Message**

Hello Mr. Santos and Mr. Villamar,

We have received the appraisal award and based on it we are issuing payment on the claim.

Replacement Cost Value $39,958.75
Less Depreciation (1,004.57)
Actual Cash Value $38,954.18
Prior payment $12,858.50
Deductible $2,500

Net Claim $23,595.68

Depreciation is recoverable, once repairs are completed, please send us the signed work order and we will review.

Sending the payment to 3057 NW 82nd ave. Doral FL 33122, Santos PA offices.

Payees on the check Santons PA and Sara Villamar.

Regards,

**Carlos de Armas Soto**
**AIG**
National General Adjuster – Property Claims
AIG Claims, Inc.

M +1 786.742.2231
Carlos.Dearmassoto@aig.com | www.aig.com
License number: W395307
AIG Claims, Inc. California license number: 2607481

*Mailing Address*
PO Box 26210
Shawnee Mission, KS 66225

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.

In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

This correspondence is sent by AIG Claims, Inc. (CA License #2607481) as the authorized claims administrator for AIG Assurance Company, AIG Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company,

Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company.

IMPORTANT NOTICE:
The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.